JEANNE G. FINCLAIR v. 211 W. 66TH ST. CORP. and Others, Impleaded with ALDEN BROKERAGE CORPORATION — JOSEPH P. FERRIGAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BANK OF NEW YORK, as Trustee of the Trust Established under the Last Will and Testament of ANNA R. MORRISON for the Benefit of ADA R. KAUFMAN, v. LEON D. KAUFMAN, Individually and as Executor, etc., of ADA R. KAUFMAN, Deceased, and Others — LEWIS F. REED and Others, Impleaded, etc.— FRANK C. MORTIMER, Impleaded, etc., and CHARLES K. CHAPMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ANNE TURNER v. HAWLEY TURNER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ANNE TURNER v. HAWLEY TURNER.— Motion for resettlement denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JENNIE T. FARLEY v. EDWARD DEC. CHISHOLM and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

AMTORG TRADING CORPORATION v. INSURANCE COMPANY OF NORTH AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

NATHAN MAGIDA v. UNITED STATES FIDELITY & GUARANTY COMPANY and Others.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BAYSIDE BUS CORP. v. HENRY LOHSE AUTO BODY CO. OF N. J., INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MAKAROFF & Co., INC., v. WALTER V. BOUQUET and Others, Impleaded with EDWARD THORNTON INGLE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH LUBKIN, on Behalf of Himself and Any and All Creditors of the Defendant MILLNER & SON, INC., Who May Join in and Contribute to the Expenses of This Action, v. DAVID S. STERN and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MAKAROFF & Co., INC., v. WALTER V. BOUQUET and Others, Impleaded with EDWARD THORNTON INGLE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MAKAROFF & Co., INC., v. WALTER V. BOUQUET and Others, Impleaded with EDWARD THORNTON INGLE and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave